JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
HEATHER JOHNSON,                    )
                                    )
            Plaintiff,              )
                                    )
     -v-                            )   Case No. SACV10-1441-DOC(Ex)
                                    )
NCC BUSINESS SERVICES INC.,         )      ORDER DISMISSING
                                    )        CIVIL ACTION
            Defendants.             )
_____)
```

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 75 days, to reopen this action if settlement is not consummated.

DATED: January 7, 2011

*David O. Carter*
_____
      DAVID O. CARTER
United States District Judge